```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 42404
   HENRY C SCHMITT
   BARBARA J SCHMITT                            CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-7950     SSN XXX-XX-5149
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/30/05 and confirmed on 02/03/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 30279.38 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 7032.13 | .00 | 7032.13 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 12735.70 | .00 | 12735.70 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ASSOCIATED PATHOLOGY CON | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CITIZENS FINANCE CO | UNSECURED | 7065.90 | .00 | 7065.90 |
| ELMHURST CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 172.00 | .00 | 172.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19767.83 | .00 | 7237.90 | .00 | 27005.73 |
| PRINCIPAL PAID | 19767.83 | .00 | 7237.90 | .00 | 27005.73 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 19767.83 | .00 | 7237.90 | .00 | 27005.73 |

The Debtor's attorney, STEVEN H MEVORAH & ASSOC        , was allowed $  2200.00 and was paid $  1100.00  direct and $  1100.00  through the plan.

The Trustee received $   1098.97 .

Refunds to the Debtor totaled $   1074.68 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/22/07                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 05 B 42404 HENRY C SCHMITT & BARBARA J SCHMITT